*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Bruce E. Hearns Jr.<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11115−amc<br><br>Chapter: 7 |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 04/02/2024, this case is hereby DISMISSED.

**Date: April 17, 2024**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Certification Concerning Credit Counseling and/or Certificate of Credit Counseling
Matrix List of Creditors
Chapter 7 Statement of Your Current Monthly Income Form 122A−1
Means Test Calculation Form 122A−2
Schedules AB−J
Statement of Financial Affairs
Summary of Assets and Liabilities